IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROGELIO CANTU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:23-cv-00550-O-BP |
| | § | |
| UNKNOWN DEFENDANT, | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, it is **ORDERED** that this case is **DISMISSED without prejudice**, meaning Plaintiff is permitted to refile the case at a later date if he so chooses.[1] Plaintiff's Motion to Withdraw (ECF No. 14) is **DENIED** as moot.

SO ORDERED on this **11th day** of **July, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] *See* Pl.'s Objection to FCR, ECF No. 13 (noting he wishes to "authorize the court for a separate case to be opened").